

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:         01-12-00387-CV

Style:         *Sharon Huston*

         ***v.** United Parcel Services, Inc.*

Date motion filed[*]:         January 16, 2014

Type of motion:         Motion to Disregard Brief of Amicus Curiae

Party filing motion:         Appellee

Document to be filed:

If motion to extend time:

         Deadline to file document:

         Number of previous extensions granted:

         Length of extension sought:

Ordered that motion is:

☒    Granted
        If document is to be filed, document due:  **February 19, 2014**

        ☐    The Clerk is instructed to file the document as of the date of this order

        ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Appellee's motion is granted in part.  Appellee, or any other amicus curiae, has until February 19, 2014, to respond to the amicus brief filed by the Texas Trial Lawyers Association on January 8, 2014.

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

        Panel consists of _____.

Date: February 4, 2014